Michael D. Greear
Wyoming Bar # 6-2776
Worrall & Greear, P.C.
P.O. Box 552
Worland, WY 82401
(307) 347-9801
(307) 347-2859
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WELLS FARGO BANK. N.A., a national bank, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 12-CV-221-J |
| NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming corporation, JOHN H. SCHNEIDER, MICHELLE SCHNEIDER, SCHNEIDER LIMITED PARTNERSHIP, a Wyoming limited partnership, JOHN SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, MICHELLE SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, SCHNEIDER MANAGEMENT, LLC, a Wyoming limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant, Northern Rockies Neuro-Spine, P.C., a Wyoming corporation, by and through undersigned counsel, Michael D. Greear of Worrall & Greear, P.C., and submits the following pursuant to Rule 7.1, Federal Rules of Civil Procedure:

There is no parent corporation of Northern Rockies Neuro-Spine, P.C., nor is there any publicly held corporation owning ten percent or more of the stock of Northern Rockies Neuro-Spine, P.C..

**DATED** this 24th day of October 2012.

                                        **WORRALL & GREEAR, P.C.**

                              By:_____/s/_____
                                  Michael D. Greear, WSB #6-2776
                                  P.O. Box 552
                                  Worland, WY  82401
                                  Voice: (307) 347-9801
                                  Fax: (307) 347-2859
                                  mgreear@rtconnect.net
                                  Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2012, I filed the foregoing electronically through the CM/ECF system or by mailing a true and correct copy by United States mail, postage prepaid and addressed as follows:

James R. Belcher
Belcher & Boomgaarden LLP
237 Storey Boulevard, Ste. 110
Cheyenne, WY 82009

/s/
Michael D. Greear