David M. Clark
Wyoming Bar # 6-4133
Worrall & Greear, P.C.
P.O. Box 552
Worland, WY 82401
(307) 347-9801
(307) 347-2859
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WELLS FARGO BANK. N.A., a national bank, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 12-CV-221-J |
| NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming corporation, JOHN H. SCHNEIDER, MICHELLE SCHNEIDER, SCHNEIDER LIMITED PARTNERSHIP, a Wyoming limited partnership, JOHN SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, MICHELLE SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, SCHNEIDER MANAGEMENT, LLC, a Wyoming limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ERRATA

COME NOW Defendants, by and through David M. Clark of Worrall & Greear, P.C. and submits this errata to notify the Court and the parties hereto that the first page of the Answer that was filed on behalf of Defendants contains an error in the caption identifying counsel. As such, the page appended hereto should replace the first page of the said Answer on file with the Court.

SUBMITTED this 13th day of November 2012.

**WORRALL & GREEAR, P.C.**

By:_____/s/_____
David M. Clark, WSB #6-4133
P.O. Box 552
Worland, WY  82401
Voice: (307) 347-9801
Fax: (307) 347-2859
dc@rtconnect.net
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2012, I filed the foregoing electronically through the CM/ECF system or by mailing a true and correct copy by United States mail, postage prepaid and addressed as follows:

James R. Belcher
Belcher & Boomgaarden LLP
237 Storey Boulevard, Ste. 110
Cheyenne, WY 82009

_____/s/_____
David M. Clark