James R. Belcher
Wyoming Bar # 5-2556
Belcher & Boomgaarden LLP
237 Storey Boulevard, Ste. 110
Cheyenne, WY 82009
(307) 426-4105
(307) 426-4099 (FAX)
Attorneys for Wells Fargo Bank, N.A.
CM/ECF Registered

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WELLS FARGO BANK. N.A., a national bank, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-CV-221-J |
| NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming corporation, JOHN H. SCHNEIDER, MICHELLE SCHNEIDER, SCHNEIDER LIMITED PARTNERSHIP, a Wyoming limited partnership, JOHN SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, MICHELLE SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, SCHNEIDER MANAGEMENT, LLC, a Wyoming limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## WELLS FARGO BANK'S MOTION TO DISMISS DEFENDANTS' FRAUD CLAIM

Plaintiff-Counterclaim Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys Belcher & Boomgaarden LLP, pursuant to USDCLR 7.1 and Fed.R.Civ.P. 12(b)(6), moves to dismiss the Defendants' Counterclaim for fraud ("Fraud Claim") because it fails to state a claim on which relief can be granted.  As set forth in detail in Wells Fargo's Memorandum of Law accompanying this Motion, Defendants' Fraud Claim fails to satisfy the pleading requirements of Fed.R.Civ.P. 9(b) and also otherwise fails to state a valid claim for fraud and therefore should be dismissed.

For the foregoing reasons, Wells Fargo requests that the Court dismiss the Defendants' Fraud Claim, with prejudice.

DATED this 16th day of November, 2012.

/s/
James R. Belcher
Wyoming Bar # 5-2556
BELCHER & BOOMGAARDEN LLP
237 Storey Boulevard, Ste. 110
Cheyenne, WY  82009
(307) 426-4105
ATTORNEYS FOR WELLS FARGO BANK, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of WELLS FARGO BANK'S MOTION TO DISMISS DEFENDANTS' FRAUD CLAIM was served on Defendants at the time it was filed, by the Court's CM/ECF electronic email system to the following:

Michael D. Greear
David Clark
Worrall & Greear, P.C.
Attorneys for Defendants

/s/
James R. Belcher