

# CIVIL MINUTE SHEET
## STATUS / SCHEDULING CONFERENCE



**FILED**
8:41 am, 3/20/13
**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| Date | Mar 20, 2013 |
| Time | 8:26 - 8:40 |

○ Telephonic
○ Status
○ Scheduling

Case Number  12-CV-221

Wells Fargo Bank  VS  Northern Rockies Neurospine PC et al

| Alan B. Johnson | Johnna Galik | Mark Gibson | Julie Thomas |
|---|---|---|---|
| Judge | Clerk | Law Clerk | Court Reporter |

Attorney(s) for Plaintiff(s)   James Belcher

Attorney(s) for Defendant(s)   David Michael Clark

Other   new parties/amended complaint 4/19/2013

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline | 6/21/2013 |
| Defendant Expert Witness Designation Deadline | 7/26/2013 |
| Discovery Due | 8/15/2013 |
| Other Fact Witnesses Deadline | |
| Stipulation Deadline | |
| Dispositive Motions Hearing | |
| ☐ Including Daubert Challanges | |
| Defendant Motion Filing Deadline | 9/20/2013; Response 10/4/2013; Reply 10/11/2013 |
| ☒ Including Daubert Challanges | |
| Final Pretrial Conference Set | 1/23/2014 |
| Jury Trial Set | Non Jury Trial set on 2/12/2014 |
| Other | joint pretrial memorandum/motions in limine  11/29/2013; Response 12/13/2013; Reply 12/20/2013 |
| | proposed findings of facts due 30 days after transcripts are available |