James R. Belcher
Wyoming Bar # 5-2556
Belcher & Boomgaarden LLP
237 Storey Boulevard, Ste. 110
Cheyenne, WY 82009
(307) 426-4105
(307) 426-4099 (FAX)
Attorneys for Wells Fargo Bank, N.A.
CM/ECF Registered

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WELLS FARGO BANK. N.A., a national bank, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-CV-221-J ) |
| NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming corporation, JOHN H. SCHNEIDER, MICHELLE SCHNEIDER, SCHNEIDER LIMITED PARTNERSHIP, a Wyoming limited partnership, JOHN SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, MICHELLE SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, SCHNEIDER MANAGEMENT, LLC, a Wyoming limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## WELLS FARGO BANK'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff-Counterclaim Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys Belcher & Boomgaarden LLP, respectfully requests that the Court enter a Stipulated Protective Order to which the Defendants have agreed.  The purpose of the Protective Order is to protect confidential internal banking information and financial information related to the Defendants.

For the foregoing reasons, Wells Fargo respectfully requests that the Court enter the Stipulated Protective Order in the form submitted herewith.

DATED this 13th day of May, 2013.

/s/
James R. Belcher
Wyoming Bar # 5-2556
BELCHER & BOOMGAARDEN LLP
237 Storey Boulevard, Ste. 110
Cheyenne, WY  82009
(307) 426-4105
ATTORNEYS FOR WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of WELLS FARGO BANK'S MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER was served on Defendants at the time it was filed, by the Court's CM/ECF electronic email system to the following:

Michael D. Greear
David Clark
Worrall & Greear, P.C.
Attorneys for Defendants

/s/
James R. Belcher