IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 MAR 18 PM 2 34
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| WELLS FARGO BANK. N.A., a national bank, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 12-CV-221-J ) |
| NORTHERN ROCKIES NEURO-SPINE, P.C., a Wyoming corporation, JOHN H. SCHNEIDER, MICHELLE SCHNEIDER, SCHNEIDER LIMITED PARTNERSHIP, a Wyoming limited partnership, JOHN SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, MICHELLE SCHNEIDER REVOCABLE TRUST U/A/D NOVEMBER 20, 2007, SCHNEIDER MANAGEMENT, LLC, a Wyoming limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## CONSENT JUDGMENT

This matter came before the Court on the Stipulated Motion for entry of a judgment for costs and attorney's fees Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") seeks against the Defendants. The parties have consented to entry of judgment as set forth below, as evidenced by signatures of counsel of record for Plaintiff Wells Fargo and the Defendants.

**IT IS THEREFORE ORDERED** that final judgment be and hereby is entered in favor of Plaintiff Wells Fargo Bank, N.A. and against Defendants Northern Rockies Neuro-Spine, P.C., John H. Schneider, Michelle Schneider, Schneider Limited Partnership (a Wyoming limited partnership), John Schneider Revocable Trust U/A/D November 20, 2007, Michelle Schneider Revocable Trust U/A/D November 20, 2007, and Schneider Management LLC (a Wyoming limited liability company), jointly and  severally, in the amount of  Sixty Three Thousand

Dollars ($63,000.00), plus interest at the rate of .13% per annum from and after entry of this Consent Judgment.

Dated this 18th day of March, 2014.

BY THE COURT:

*(signature)*
HON. ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

___/s_____
James R. Belcher
Crowley Fleck PLLP
Attorneys for Plaintiff Wells Fargo Bank. N.A.

___/s_____
David M. Clark
Worrall & Greear, P.C.
Attorneys for Defendants